JODI LINKER
Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Cellular telephone:   (415) 517-4879
Email:          Joyce_Leavitt@fd.org

Counsel for Defendant HILTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN HILTON,<br><br>    Defendant. | Case No.: 4:23–MJ-70714 MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO OCTOBER 23, 2023** |

    IT IS HEREBY STIPULATED, by and between the parties to this action that the status hearing for defendant Stephen Hilton scheduled for October 18, 2023, before the duty magistrate judge, be continued to Monday, October 23, 2023, at 10:30 a.m. before the duty magistrate for status. Government counsel has provided discovery to Mr. Hilton but defense counsel needs additional time to review the discovery and also discuss it with Mr. Hilton. The continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until October 23, 2023, should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel because the ends of justice served by the granting of the continuance outweigh the best interests of the public

and defendant in a speedy and public trial for the reasons described above.

The parties further stipulate that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act because the government is continuing to provide discovery and the parties will then work to discuss a resolution prior to the government filing an indictment. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated: October 16, 2023

JODI LINKER
Federal Public Defender
Northern District of California

/S/
JOYCE LEAVITT
Assistant Federal Public Defender

Dated: October 16, 2023

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

/S/
EVAN M. MATEER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:23–MJ-70714 MAG |
| Plaintiff, | **ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO OCTOBER 23, 2023** |
| v. | |
| STEPHEN HILTON, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for defendant Stephen Hilton, currently scheduled for October 18, 2023, at 10:30 a.m., is continued to October 23, 2023, at 10:30 a.m., before the duty magistrate for status.

IT IS FURTHER ORDERED that the time until October 23, 2023, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence as described in the stipulation. The Court finds that the ends of justice served by the granting a continuance outweigh the best interests of the public and defendant in a speedy and public trial. The Court finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

Dated:    October 16, 2023



_____
HON. DONNA M. RYU
Chief United States Magistrate Judge