ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

EVAN MATEER (CABN 326848)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Evan.mateer@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. 4:23-mj-70714-MAG |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME FROM MARCH 4, 2024 TO APRIL 4, 2024 AND ORDER |
| v. | |
| STEPHEN HILTON, | |
| Defendant. | |

This matter is currently set for a status hearing on preliminary hearing or arraignment on March 4, 2024. The parties have conferred and agree that additional time is necessary for negotiations regarding a potential pre-indictment resolution and for the defense to continue their investigation. In particular, the defense is collecting and reviewing potentially relevant documents, which it expects to produce to the government shortly. In order to complete this necessary investigation and negotiations, the parties jointly stipulate and request that the status conference on preliminary hearing or arraignment be continued to April 4, 2024.

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Stephen Hilton, that time be excluded under the Speedy Trial Act from March 4, 204 through April 4, 2024.

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND ORDER
Case No. 4:23-mj-70714-MAG

1     The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare and investigate, including by reviewing the discovery already produced. The government provided further discovery to the defense on January 22, 2024. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until April 4, 2024 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 4, 2024 through April 4, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). For the same reasons, Mr. Hilton waives time to preliminary hearing under Federal Rule of Criminal Procedure Rule 5.1(d).

    The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

    IT IS SO STIPULATED.

DATED:                                                         /s/
                                                            EVAN M. MATEER
                                                            Assistant United States Attorney

DATED:                                                         /s/
                                                            JOYCE LEAVITT
                                                            Counsel for Defendant Stephen Hilton

**ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Status Conference regarding Arraignment and Preliminary Examination in the above-captioned matter set for March 4, 2024 at 10:30 am is continued to April 4, 2024.  The Court finds that failing to exclude the time from March 4, 2024 through April 4, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from March 4, 2024 to April 4, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 4, 2024 through April 4, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).  The Court further finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED: March 1, 2024



_____
HON. DONNA M. RYU.
Chief United States Magistrate Judge