UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

United States of America,                    )    Case No. 23-mj-70714-MAG-1
                                             )
          *Plaintiff,*                        )    STIPULATED ORDER EXCLUDING TIME **FILED**
          v.                                 )    UNDER THE SPEEDY TRIAL ACT
                                             )
Stephen Hilton                               )                              **AUG 12 2024**
          *Defendant(s).*                     )
                                             )    CLERK, U.S. DISTRICT COURT
                                                  NORTH DISTRICT OF CALIFORNIA
                                                  OAKLAND OFFICE

For the reasons stated by the parties on the record on __8-12-24__, the court excludes time under the Speedy
Trial Act from __8-12-24__ to __8-28-24__ and finds that the ends of justice served by the
continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
3161(h)(7)(A). The court makes this finding and bases this continuance on the following factor(s):

____    Failure to grant a continuance would be likely to result in a miscarriage of justice.
        *See* 18 U.S.C. § 3161(h)(7)(B)(i).

____    The case is so unusual or so complex, due to *[check applicable reasons]* ____ the number of
        defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact
        or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
        itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____    Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
        taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____    Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
        counsel's other scheduled case commitments, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

X       Failure to grant a continuance would unreasonably deny the defendant the reasonable time
        necessary for effective preparation, taking into account the exercise of due diligence.
        *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

X       With the consent of the defendant, and taking into account the public interest in the prompt
        disposition of criminal cases, the court sets the preliminary hearing to the date set forth in the first
        paragraph and — based on the parties' showing of good cause — finds good cause for extending
        the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for
        extending the 30-day time period for an indictment under the Speedy Trial Act (based on the
        exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED: __8/12/2024__                         Kandis Westmore
                                             Kandis A. Westmore
                                             United States Magistrate Judge

STIPULATED: _____                        _____
              Attorney for Defendant          Assistant United States Attorney

                                                                              v. 1/10/2019